# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TRAVIS LUKELL KENYON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-745

[December 7, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; James W. McCann, Judge; L.T. Case No. 562014CF003066.

Carey Haughwout, Public Defender, and Peggy Natale, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and James J. Carney, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE, J., and SINGHAL, RAAG, Associate Judge, concur.

\*       \*       \*

*Not final until disposition of timely filed motion for rehearing.*